JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAL BERNARD BLACK, | Case No. CV 19-1962-FMO (JPR) |
| Petitioner, | |
| v. | **JUDGMENT** |
| F. MARTINEZ, Warden, | |
| Respondent. | |

Pursuant to the Order Denying Petition and Dismissing Action,

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: April 17, 2019                    /s/
                                    FERNANDO M. OLGUIN
                                    U.S. DISTRICT JUDGE